Lisa McMahon-Myhran, WSB #27559
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

The Honorable Timothy W. Dore
Confirmation Hearing: August 3, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

Brenda Robinson and Jeremy Robinson,

Debtor.

Case No. 16-12698-TWD
Chapter 13

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The secured creditor, FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC (hereinafter "Secured Creditor"), hereby makes this objection to the proposed Chapter 13 Plan.

Secured Creditor holds a security interest in the Debtor's principal residence located at 34915 46th Ave S, Auburn, WA 98001. Secured Creditor objects to the proposed Chapter 13 plan as follows:

### I. FACTS

On or about August 25, 2006, BRENDA R ROBINSON AND JEREMY C ROBINSON, executed a promissory note in the original principal amount of $249,000.00 secured by a mortgage or deed of trust on the property commonly known as 34915 46th Ave S, Auburn, WA 98001 (the "Property"). The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

OBJECTION TO CONFIRMATION OF PLAN - 1
60279-01599-BK-WA/OBJECTION TO CONFIRMATION

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104

Case 16-12698-TWD    Doc 14    Filed 06/24/16    Ent. 06/24/16 15:10:39    Pg. 1 of 4

The total amount owing on Secured Creditor's senior lien was $315,712.50 as of 06/22/2016. Ongoing regular post-petition monthly payments are adjustable but are currently $1,455.00.

## II. ARGUMENT

Pursuant to 11 U.S.C. § 1322(b)(5) a Chapter 13 Plan may "provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any...secured claim on which the last payment is due after the date on which the final payment under the plan is due." The default must be cured during the life of the plan, which cannot exceed five years. 11 U.S.C. § 1322(d)(1). The approximate pre-petition arrearage owed to secured Creditor is $33,932.53. In order to cure this arrearage during the life of the Plan, Secured Creditor must receive monthly payments of $942.57 over 36 months or $565.54 over 60 months. As proposed, the Debtor's Plan will not cure the arrearage over the life of the Plan.

Finally, Debtor's plan appears incomplete. Paragraph XII(D) indicates Debtor "has/will be apply for a loan modification," however, the date by which this will be completed is blank. It is also unclear if the loan modification has already been applied for. Creditor requests that an application be required to be submitted within 30 days.

## III. CONCLUSION

WHEREFORE, for the foregoing reasons Secured Creditor respectfully requests confirmation of the proposed Chapter 13 plan, dated June 3, 2016 be denied, or in the alternative, be amended to resolve the objection herein.

DATED: June 24, 2016

/s/Lisa McMahon-Myhran
Lisa McMahon-Myhran, WSB #27559
ROBINSON TAIT, P.S.
Attorneys for FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC and its successors and assigns

OBJECTION TO CONFIRMATION OF PLAN - 2
60279-01599-BK-WA/OBJECTION TO CONFIRMATION

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 16-12698-TWD    Doc 14    Filed 06/24/16    Ent. 06/24/16 15:10:39    Pg. 2 of 4

Lisa McMahon-Myhran, WSB #27559
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

BRENDA ROBINSON AND
JEREMY ROBINSON,

Debtors.

BANKRUPTCY NO. 16-12698-TWD

CHAPTER NO. 13

PROOF OF SERVICE

Kathleen Guinee, under penalty of perjury under the laws of the United States, declares as follows:

1. That I am a citizen of the United States, over the age of 21 years, and competent to be a witness herein.

2. That on June 24, 2016, I transmitted by depositing in the United States mail, postage prepaid (as indicated herein), copies of the:

Objection to Confirmation of Plan

addressed as follows:

Brenda Robinson
Jeremy Robinson
34915 46th Ave S
Auburn, WA 98001

//

//

PROOF OF SERVICE - 1
60279-01599-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104

and transmitted electronically via ECF to:

    Brigette Lotte Ohlig

    K Michael Fitzgerald

    U.S. Trustee

Dated June 24, 2016

                                        /s/Kathleen Guinee
                                        Kathleen Guinee

PROOF OF SERVICE - 2
60279-01599-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 16-12698-TWD     Doc 14     Filed 06/24/16     Ent. 06/24/16 15:10:39     Pg. 4 of 4